UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                     :
MARIA DIMEGLIO,                     :
                                             :
                                Plaintiff,    :
                                             :        23-CV-7440 (VSB)
                       -against-            :
                                             :             **ORDER**
TOMAR ENTERPRISES, INC.,          :
                                             :
                                   Defendant.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 20, 2023
          New York, New York

                                           _____
                                             Vernon S. Broderick
                                             United States District Judge